UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06741-VC<br><br>**ORDER TO SHOW CAUSE** |

　　Barry Wayne Ferns and Laurel Ann Adams, counsel for Tina Perez, are ordered to show cause why they should not be sanctioned for failing to appear at the February 13, 2018 case management conference. Mr. Ferns and Ms. Adams must file a response to this order to show cause, in writing, by February 16, 2018.

Dated: February 13, 2018

_____
VINCE CHHABRIA
United States District Judge